```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                           Criminal No. 06-cr-205-01-JD

FNU LNU, a/k/a Lester Castillo, et al.

                           O R D E R

The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date: February 20, 2007

cc: Jonathan Saxe, Esq.
    Peter Papps, Esq.
    U.S. Marshal
    U.S. Probation